EMIL LINDSTROM, Respondent, v. FRANK RAGOVIN, Appellant, and HERMAN AUSUBEL, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

JAMES F. McCORMICK, Suing on Behalf of Himself and All Others Similarly Situated, Appellant, v. WESTCHESTER LIGHTING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Young, Hagarty, Tompkins and Davis, JJ., concur; Kapper, J., dissents. [141 Misc. 261.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN PANICO, alias GIOVANNI PAINICIO, Respondent, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Appellant.— Order sustaining writ of habeas corpus and discharging relator affirmed. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.